RECEIVED
IN ALEXANDRIA, LA

SEP 28 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| GENE O. POLK<br>Fed. Reg. No. 20151039 | CIVIL ACTION NO. 07-1309 |
| VS. | SECTION P<br>JUDGE DRELL |
| FREDRICK MENIFEE, WARDEN | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** petitioner's Application for Federal Writ of Habeas Corpus Under 28 U.S.C. §2241 be **DENIED** and **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 27 day of September, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE